#28750-2196-RLG

# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

*Attorney of Record:  Richard L. Goldstein, Esq.*

15000 Midlantic Drive ⬥ Suite 200
P.O. Box 5429
Mount Laurel, NJ  08054
☏856-414-6000  ⬥  📠856-414-6077  ⬥  ✉ rlgoldstein@mdwcg.com
Attorney for Defendant, Tiger Inn

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
*(Trenton Vicinage)*

| | |
|---|---|
| JOHN DOE,<br><br>               Plaintiff<br><br>*vs.*<br><br>THE TRUSTEES OF PRINCETON UNIVERSITY, TIGER INN, MICHELE MINTER, REGAN HUNT CROTTY, JOYCE CHEN SHUEH, and EDWARD WHITE,<br><br>               Defendants. | C.A. No. 3:19-cv-12577-BRM-LHG<br><br>*PROOF OF FILING AND SERVICE* |

The original of the within document has been filed this date with the Clerk of the Court

*via electronic filing*:

  *ANSWER TO COMPLAINT WITH CROSSCLAIMS, SEPARATE DEFENSES,*
       *AND JURY DEMAND*

                              **MARSHALL DENNEHEY**
                              **WARNER COLEMAN & GOGGIN**

                    By:    */s/ Richard L. Goldstein*
                              RICHARD L. GOLDSTEIN, ESQ.
                              Attorney for Defendant,
                              Tiger Inn

                              15000 Midlantic Drive, Suite 200
                              P.O. Box 5429
                              Mount Laurel, NJ  08054

LEGAL/123929046.v1

TEL:  (856) 414-6000<br>
FAX:  (856) 414-6077<br>
E-MAIL:  rlgoldstein@mdwcg.com

DATE:  <u>July 26, 2019</u>

### ***PROOF OF SERVICE***

On, July 26, 2019, I, the undersigned, served the within document:

***ANSWER TO COMPLAINT WITH CROSSCLAIMS, SEPARATE DEFENSES, AND JURY DEMAND***

via electronic filing to the following parties:

Adrienne Levy, Esq.
NESENOFF & MILTENBERG, LLP
363 Seventh Ave., 5th fl.
New York, NY  10001
*Attorneys for Plaintiff*

Linda Wong, Esq.
WONG FLEMING
821 Alexander Rd., Suite 200
Princeton, NJ  08543
*Attorneys for co-Defendants, Trustees of Princeton, Minte, Cotty, Shueh & White*

Laurel Pyke Malson, Esq.
Nathiya Nagendra, Esq.
Aryeh S. Portnoy, Esq.
CROWELL MORING
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Pro hac vice counsel for co-Defendants, Trustees of Princeton, Minte, Cotty, Shueh & White*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ *Richard L. Goldstein*
RICHARD L. GOLDSTEIN, ESQ.

DATE:  <u>July 26, 2019</u>