IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
-------------------------------------------------------X
JOHN DOE,                                              :    Civil Action No. 3:19-cv-12577
                                                       :
                    Plaintiff,                         :
                                                       :    STIPULATION AND
            v.                                         :    ORDER OF DISMISSAL
                                                       :
THE TRUSTEES OF PRINCETON                              :
UNIVERSITY, TIGER INN,                                 :
MICHELE MINTER,                                        :
REGAN HUNT CROTTY, JOYCE CHEN                          :
SHUEH, and EDWARD WHITE,                               :
                                                       :
                                                       :
                    Defendants.                        :
-------------------------------------------------------X
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's Complaint against The Trustees of Princeton University, Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, and Edward White, is hereby dismissed, with prejudice, as to these named parties only, without costs or fees to any party.

[This space intentionally left blank]

Dated: September 5, 2019

**NESENOFF & MILTENBERG, LLP**

/s/ Adrienne Levy
Adrienne Levy, Esq.
363 Seventh Avenue, 5th Floor
New York, NY 10001
Tel.: (212) 736-4500
alevy@nmllplaw.com
*Attorneys for Plaintiff*

**WONG FLEMING**

/s/ Linda Wong
Linda Wong, Esq.
821 Alexander Road, Suite 200
Princeton, NJ 08543-3663
Tel (609) 951-9520
Fax (609) 951-0270
Email: lwong@wongfleming.com

And

**CROWELL & MORING LLP**
Laurel Pyke Malson (admitted *pro hac vice*)
Aryeh S. Portnoy (admitted *pro hac vice*)
Nathiya Nagendra (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2576
lmalson@crowell.com
aportnoy@crowell.com
nnagendra@crowell.com
*Counsel for Defendants*
*The Trustees of Princeton University, a not-for-profit education corp. of the State of New Jersey, Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, and Edward White*

**SO ORDERED:**

_____           Dated: _____
Hon. Brian R. Martinotti, U.S.D.J.