

ATTORNEYS AT LAW
nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg
———————
Stuart Bernstein

Barbara H. Trapasso
Ariya M. Waxman
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy
Ryaan Nizam
Regina M. Federico

Philip A. Byler
*Senior Litigation Counsel*
Megan S. Goddard
*Counsel*
Rebecca C. Nunberg
*Counsel*
Jeffrey S. Berkowitz
*Counsel*
Marybeth Sydor
*Title IX Consultant*

September 6, 2019

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
Honorable Zahid N. Quraishi, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

    Re:    **John Doe v. Trustees of Princeton University, et al.,**
               **Civil Case No. 19-cv-12577 (BRM)(ZNQ)**

Dear Magistrate Judge Quraishi:

    This firm represents the Plaintiff, John Doe, in the above-captioned matter, and respectfully submits this joint letter request for an adjournment of the pending scheduling conference, currently slated for Friday, September 13, 2019 (ECF No. 21).

    Pursuant to a Stipulation and Proposed Order of Dismissal submitted to the Court yesterday (ECF No. 24), Plaintiff has resolved his claims against all defendants except for Tiger Inn. In that regard, Plaintiff and Tiger Inn jointly request a thirty (30) day adjournment of the scheduling conference in order to attempt to resolve this matter. Plaintiff has advised counsel for the Princeton defendants of the intent to file this joint motion, and the Princeton defendants have not expressed any position on the matter.

    We therefore respectfully request that the Court approve this joint request and grant a thirty-day adjournment of the scheduling conference. Thank you for your time and consideration.

                                          Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**        **MARSHALL DENNEHEY**
                                        **WARNER COLEMAN & GOGGIN, PC**

/s/ _____        /s/ _____
Adrienne Levy, Esq.                            Ashley Toth, Esq.
*Attorneys for Plaintiff*                          *Attorneys for Tiger Inn*