#28750-2196-RLG

## MARSHALL DENNEHEY
**WARNER COLEMAN & GOGGIN**
*Attorney of Record: Richard L. Goldstein, Esq.*
15000 Midlantic Drive ♦ Suite 200
P.O. Box 5429
Mount Laurel, NJ  08054
☎856-414-6000  ♦  📠856-414-6077  ♦  ✉ rlgoldstein@mdwcg.com
Attorney for Defendant, Tiger Inn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Trenton)

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF PRINCETON UNIVERSITY, et al.,<br><br>　　　　　　Defendants. | Civil Action No.  3:19-cv-12577 (BRM)(ZNQ)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PRINCETON DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO DEFENDANT TIGER INN'S CROSS-CLAIMS** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the time in which Defendants The Trustees of Princeton University, a not-for-profit educational corp. of the State of New Jersey, Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, and Edward White may answer, move or otherwise respond to Defendant Tiger Inn's Cross-Claims is hereby extended to November 1, 2019.

　　　　RESPECTFULLY SUBMITTED this ___th day of September, 2019.

LEGAL/125034428.v1

| | |
|---|---|
| **WONG FLEMING** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
| By: /s/ Linda Wong<br>    Linda Wong, Esq. | By: /s/ Richard L. Goldstein<br>    Richard L. Goldstein<br>    15000 Midlantic Drive<br>    Suite 200<br>    P.O. Box 5429<br>    Mount Laurel, NJ 08054<br>    Phone: 856-414-6000<br>    Fax:   856-414-6077<br>    Email: rlgoldstein@mdwcg.com |
| **CROWELL & MORING LLP**<br>Laurel Pyke Malson (admitted *pro hac vice*)<br>Aryeh S. Portnoy (admitted *pro hac vice*)<br>Nathiya Nagendra (admitted *pro hac vice*)<br><br>*Counsel for Defendants*<br>*The Trustees of Princeton University, a not-for-profit educational corp. of the State of New Jersey, Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, and Edward White* | *Counsel for Defendant Tiger Inn* |

**SO ORDERED:**

Dated: _____

_____
Zahid N. Quraishi, U.S. Magistrate Judge

2