**NESENOFF & MILTENBERG** LLP
ATTORNEYS AT LAW
nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein

Barbara H. Trapasso
Ariya M. Waxman
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy
Ryaan Nizam
Regina M. Federico

Philip A. Byler
*Senior Litigation Counsel*
Megan S. Goddard
*Counsel*
Rebecca C. Nunberg
*Counsel*
Jeffrey S. Berkowitz
*Counsel*
Marybeth Sydor
*Title IX Consultant*

October 17, 2019

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
Honorable Zahid N. Quraishi, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

    Re: **John Doe v. Trustees of Princeton University, et al.,**
           **Civil Case No. 19-cv-12577 (BRM)(ZNQ)**

Dear Magistrate Judge Quraishi:

    This firm represents the Plaintiff, John Doe, in the above-captioned matter, and respectfully submits this joint letter request for a thirty-day adjournment of the pending scheduling conference, currently slated for Friday, October 18, 2019 (ECF No. 26).

    Pursuant to a stipulation of dismissal filed on September 5, 2019, Tiger Inn is the sole remaining defendant in this action. On or about September 6, 2019, Plaintiff and Tiger Inn engaged in discussions of a potential resolution of the instant litigation. After a brief delay occasioned by factors beyond the parties' control, those discussions have now resumed. In the interest of efficiency for both the Court and the parties, the parties therefore seek additional time to confer on a possible settlement.

    We respectfully request that the Court approve this joint request and grant a thirty-day adjournment of the scheduling conference. Thank you for your time and consideration.

                             Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**

/s/
Adrienne Levy, Esq.
*Attorneys for Plaintiff*

**MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN, PC**

/s/
Ashley Toth, Esq.
*Attorneys for Tiger Inn*

NEW YORK  |  363 Seventh Avenue  |  Fifth Floor  |  New York, NY 10001  |  T: 212.736.4500  |  F: 212.736.2260  |
BOSTON    |  101 Federal Street   |  19th Floor   |  Boston, MA 02110    |  T: 617.209.2188  |