

Ira S. Nesenoff
Andrew T. Miltenberg
———————————
Stuart Bernstein

Barbara H. Trapasso
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy
Ryaan Nizam
Regina M. Federico

Philip A. Byler
*Senior Litigation Counsel*
Rebecca C. Nunberg
*Counsel*
Jeffrey S. Berkowitz
*Counsel*
Marybeth Sydor
*Title IX Consultant*

November 14, 2019

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
Honorable Zahid N. Quraishi, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

   Re: <u>**John Doe v. Trustees of Princeton University, et al.,**</u>
      **Civil Case No. 19-cv-12577 (BRM)(ZNQ)**

Dear Magistrate Judge Quraishi:

  This firm represents the Plaintiff, John Doe, in the above-captioned matter, and respectfully submits this joint letter request for a thirty-day adjournment of the pending scheduling conference, currently slated for Monday, November 18, 2019 (ECF No. 30).

  Pursuant to a stipulation of dismissal filed on September 5, 2019, Tiger Inn is the sole remaining defendant in this action. Since that time, Plaintiff and Tiger Inn have been engaged in discussions of a potential resolution of the instant litigation. Last week, the parties reached an agreement in principal. In the interest of efficiency for both the Court and the parties, the parties therefore seek additional time to resolve this matter.

  We respectfully request that the Court approve this joint request and grant a thirty-day adjournment of the scheduling conference. Thank you for your time and consideration.

              Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**     **MARSHALL DENNEHEY**
                      **WARNER COLEMAN & GOGGIN, PC**

/s/                /s/
Adrienne Levy, Esq.          Ashley Toth, Esq.
*Attorneys for Plaintiff*         *Attorneys for Tiger Inn*

**NEW YORK** | 363 Seventh Avenue | Fifth Floor | New York, NY 10001 | T: 212.736.4500 | F: 212.736.2260 |
**BOSTON** | 101 Federal Street | 19th Floor | Boston, MA 02110 | T: 617.209.2188 |