# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW  WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION
15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
(856) 414-6000  Fax (856) 414-6077
*Richard L. Goldstein, Resident Managing Attorney*

Direct Dial: (856) 414-6417
Email: ejpark@mdwcg.com

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Mount Laurel
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

February 14, 2020

**_VIA E-FILING_**

The Hon. Zahid N. Quraishi, U.S.M.J.
U.S. DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State St.
Trenton, NJ 08608

      RE:  Doe, John v. Tiger Inn, et al.
            C.A. No.:  3:19-cv-12577-BRM-ZNQ
            Our File No.:  28750.02196 (RLG)

Dear Judge Quraishi:

     As Your Honor may be aware, this office represents Defendant Tiger Inn in the above-referenced matter. I write with consent of Plaintiff's counsel to respectfully request an additional 30 days to finalize resolution of this case.

     By way of background, Judge Martinotti entered the 60-day Order Administratively Terminating Action on December 19, 2019. Since then, the parties have resolved the underlying matter, but are still in process of carrying out certain final processes that must be complete before the stipulation of dismissal can be submitted.

     In light of the above and in abundance of caution, we respectfully request an additional 30 days to submit the stipulation of dismissal.

     Should Your Honor have any concerns, please do not hesitate contact me.

LEGAL/127990839.v1

The Hon. Zahid N. Quraishi, U.S.M.J.
~~February 14, 2020~~
Page 2

I thank the Court for its kind attention and courtesies.

Respectfully submitted,

/s/ *Edward J. Park*

RICHARD L. GOLDSTEIN
EDWARD J. PARK

RLG/EJP

*cc via e-filing:*   The Hon. Brian R. Martinotti, U.S.D.J.
Adrienne Levy, Esq.
Linda Wong, Esq.
Aryeh S. Portnoy, Esq.
Laurel Pyke Malson, Esq.
Nathiya Nagendra, Esq.

It is so ordered this 18th day of February, 2020.

Brian R. Martinotti, U.S.D.J.

LEGAL/127990839.v1