#28750-2196-RLG

**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
*Attorney of Record: Richard L. Goldstein, Esq.*
15000 Midlantic Drive ♦ Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
☎856-414-6000 ♦ 📠856-414-6077 ♦ ✉ rlgoldstein@mdwcg.com
Attorney for Defendant, Tiger Inn

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
*(Trenton Vicinage)*

| | |
|---|---|
| JOHN DOE, | C.A. No. 3:19-cv-12577-BRM-ZNQ |
| Plaintiff | |
| vs. | |
| THE TRUSTEES OF PRINCETON UNIVERSITY, TIGER INN, MICHELE MINTER, REGAN HUNT CROTTY, JOYCE CHEN SHUEH, and EDWARD WHITE, | ***STIPULATION OF DISMISSAL WITH PREJUDICE*** |
| Defendants. | |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, Adrienne Levy, Esq., on behalf of Plaintiff, and Richard L. Goldstein, Esq., on behalf of Defendant, Tiger Inn, it is hereby stipulated and agreed that the same be and it is hereby dismissed as to all claims, without costs against either party, with prejudice.

*NESENOFF & MILTENBERG, LLP*
Attorneys for Plaintiff

By: _____
ADRIENNE LEVY, ESQ.
DATE: 3·11·2020

LEGAL/126139592.v1

*MARSHALL DENNEHEY*
*WARNER COLEMAN & GOGGIN*
Attorneys for Defendant,
Tiger Inn

By: _____
RICHARD L. GOLDSTEIN, ESQ.